**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6915**

JOHN PATRICK DONOHUE,

                    Plaintiff - Appellant,

          v.

LIEUTENANT D. A. STILL; SERGEANT J. W. KISER; CORRECTIONAL
OFFICER JOHNSON; CORRECTIONAL OFFICER R. D. GIBSON;
CORRECTIONAL OFFICER OWENS; WARDEN R.C. MATHENA,

                    Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, Chief
District Judge. (7:14-cv-00151-GEC-RSB)

Submitted: August 21, 2014          Decided: August 26, 2014

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Patrick Donohue, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Patrick Donohue appeals the district court's order denying his second motion to amend his 42 U.S.C. § 1983 (2012) complaint that the district court dismissed without prejudice as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Donohue v. Still, No. 7:14-cv-00151-GEC-RSB (E.D. Va. May 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED